August 3rd, 2022

Clerk of the Court
United States District Court
District of California
Northern District of California
**Eureka-McKinleyville Courthouse**
United States Courthouse
3140 Boeing Avenue
McKinleyville, CA 95519

Re: *Wescott versus Dunn, et al.*

Dear Clerk:

I'd like to get your help in filing/docketing a new legal complaint, *Wescott versus Dunn, et al.*

I have enclosed:

- Civil cover sheet
- Two legal complaints
- Application to proceed *in forma pauperis*

I've also enclosed a SASE (Self-Addressed Stamped Envelope) for Priority Mail back to me.

I'm hoping you can file/docket and then send me back whatever paperwork you'd like me to have, hopefully including at least one stamped legal complaint

If I left anything out or made any mistakes would you kindly call me (or email), so I can send in whatever's missing?

Thanks so much.

Sincerely

*[signature]*

Carl A. Wescott  (carlwsoj@gmail.com)   +1 936 937 2688
8210 E. via de la Escuela
Scottsdale, AZ 85258

1