OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3140 BOEING AVENUE
McKINLEYVILLE, CALIFORNIA 95519

OFFICIAL BUSINESS





RECEIVED

AUG 10 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



INSPECTED BY
AUG 10 2022
U.S. MARSHALS SERVICE

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
AUG 10 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
AUG 10 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



**UNITED STATES POSTAL** | **PRIORITY**®

- Expected deliv
- Most domestic
- USPS Tracking
- Limited interna
- When used inter

*Insurance does not co
Domestic Mail Manual
** See International Ma

**FLAT RA**
ONE RATE ■ AN

**TRACKED**

PS0000100

UNITED STATES POSTAL SERVICE

Retail

US POSTAGE PAID
**$8.95**

P

Origin: 85258
08/02/22
0376620632-88

PRIORITY MAIL®

0 Lb 9.50 Oz
1004

EXPECTED DELIVERY DAY: 08/05/22        R005

SHIP
TO:    3140 BOEING AVE
       MCKINLEYVILLE CA 95519-9372

USPS TRACKING® #

9505 5131 7471 2214 6088 98

INSPECTED BY
AUG 0 5 2022
U.S. MARSHALS SERVICE

FROM:

CARL A. WESCOTT

8210 E. Via de la
oscuela

Scottsdale AZ 85258

TO:

Clerk of Court
USD court
☞ 3140 BOEING AVE.
McKinleyville, CA
95519

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

 **UNITED STATES POSTAL SERVICE** ® | **PRIORITY**® **MAIL**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.