Clear Form

FILED

AUG 05 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carl A. Wescott

　　　　　　　Plaintiff,

vs.

Charles Dunn, et al

　　　　　　　Defendant.

CASE NO. CV22-4651

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Carl A. Wescott, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?　　　　　　　　　　Yes ____　No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

My last job was as a managing director of a fund for the SparkLabs Group. I was fired in late June 2019 in retaliation for threatening to whisteblow and then for whistleblowing securities fraud. My last day was July 4th, 2019. My former salary was $12,500 per month

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment?    Yes ___ No ✔

    b. Income from stocks, bonds, or royalties?    Yes ___ No ✔

    c. Rent payments?    Yes ___ No ✔

    d. Pensions, annuities, or life insurance payments?    Yes ___ No ✔

    e. Federal or State welfare payments, Social Security or other government source?    Yes ✔ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

I received $349/month in EBT/food stamps (Exhibit A)

3. Are you married?    Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:   N/A

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support: $ _____

     b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?        Yes ___  No ✓

5    ~~Estimated Market Value: $_____  Amount of Mortgage: $_____~~  N/A

6    6.    Do you own an automobile?                 Yes ___  No ✓

7    ~~Make _____  Year _____  Model _____~~

8    ~~Is it financed? Yes ___  No ___  If so, Total due: $~~ N/A

9    ~~Monthly Payment: $ _____~~

10   7.    Do you have a bank account?  Yes ✓  No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: Tevwest Credit Union +

12   Arizonal Federal Credit Union

13   Present balance(s): $ 85 + 86 = 171 between the two

14   Do you own any cash?  Yes ✓  No ___  Amount: $ 301

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)                                  Yes ✓  No ___

17   legal claims + two worthless LLCs (Afganns Book Value)

18   8.    What are your monthly expenses?

19   Rent: $ 0 (live w/ mother)       Utilities: 335

20   Food: $ 350                      Clothing: 150

21   Charge Accounts:

22   Name of Account         Monthly Payment         Total Owed on This Account

23   _____              $ _____            $ _____

24   _____              $ _____   N/A      $ _____

25   _____              $ _____            $ _____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   Yes, I have three significant debts from loans: I owe my mother $72k + interest.  I owe my

- 3 -

1  sister Nicole Wescott $35k + interest.  I owe my ex-girlfriend Olga Africawala $85k + in

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✔
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

___8/2/2022___                              ___[signature]___
DATE                                        SIGNATURE OF APPLICANT



EXHIBIT A



This is my EBT/SNAP/ food stamps card.

*C.A. Wescott*