OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
3140 BOEING AVENUE
McKINLEYVILLE, CALIFORNIA 95519

OFFICIAL BUSINESS



PITNEY BOWES
$3.60
US POSTAGE FIRST-CLASS
ZIP 95521
AUG 06 2022

**RECEIVED**
AUG 10 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



INSPECTED BY
AUG 10 2022
U.S. MARSHALS SERVICE

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102



RECEIVED AUG 10 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

RECEIVED AUG 10 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA



FROM:
CARL A. WESCOTT
8210 E. Via de la escuela
Scottsdale AZ 85258

TO:
Clerk of Court
U.S. Court
3140 Boeing Ave.
McKinleyville, CA 95519



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014    EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.