FILED
OCT 17 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

    Plaintiffs,

v.

CHARLES DUNN, et al.,

    Defendants.

Case No. 22-cv-04651-DMR

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

(X) **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 10/14/2022    NAME: CARL WESCOTT

COUNSEL FOR (OR "PRO SE") pro se

Signature: /s/ CA Wescott

REV. 9-19

568118X1960X1536XPRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258



**First Class**
Accepted:
10/13/22, 4:08 PM (EDT-04:00)

6***************AUTO**MIXED AADC 480

Clerk of the Court
United States District Court
1301 Clay St Ste 400S
Oakland, CA 94612-5225

## Document Information:

1 page in the enclosed document

1 single sided sheet of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

