CW
9210 E. Via de la Cerca
Scottsdale AZ 85258

PHOENIX AZ 852

28 OCT 2022 PM 10 L

ENERGY ACTION MONTH
FOREVER USA

Clerk of the Court
USDC
1301 Clay Street
Oakland, CA 94612

94612-521299