UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES DUNN, et al.,<br><br>        Defendants. | Case No. 22-cv-04651-DMR<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. [Docket No. 2] Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. The U.S. Marshal for the Northern District of California shall serve a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants without prepayment of fees.

In light of Plaintiff's supplemental filing asserting diversity jurisdiction, the November 16, 2022 Order to Show Cause is discharged. [Docket Nos. 15, 17.] Plaintiff has filed a declination to the jurisdiction of a Magistrate Judge. [Docket No. 13.] Therefore, the court reassigns this case to a district judge.

While this case is pending, Plaintiff must promptly inform the court of any change of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: February 6, 2023

Donna M. Ryu
United States Magistrate Judge