February 9th, 2023

FILED
FEB 16 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
District of California - Central District
United States Courthouse
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102

Re: Wescott versus Dunn, et al (22-cv-04651 WHA)

Dear Clerk:

Following the Court order of February 6th, 2023, here is the first of three of the USM-285s for the Defendants.

I'm still researching addresses for the other two Defendants.

As always, thanks for your time and assistance.

Sincerely,

<signed> Carl A. Wescott

Carl A. Wescott (carlwsoj@gmail.com)
8210 E. via de la Escuela
Scottsdale, AZ 85258
+1 276 773 7377

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Carl A. Wescott | COURT CASE NUMBER<br>22-cv-04651-WHA |
|---|---|
| DEFENDANT<br>Charles Dunn, et al. | TYPE OF PROCESS<br>service of legal complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles Dunn

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Charles Dunn, 800 Keyes Avenue, Angwin, CA 94508

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Fold

pro se Plaintiff

| Signature of ~~Attorney other Originator~~ requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| C A Wescott | ☒ PLAINTIFF<br>☐ DEFENDANT | 276 773 7377 | 2/9/23 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ______ | District to Serve<br>No. ______ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

PHOENIX AZ 852
10 FEB 2023 PM 10 L

2

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

CLERK US DISTRICT COURT
1301 CLAY ST STE 400S
OAKLAND CA 94612-9771

