UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A. WESCOTT,

    Plaintiff,

    v.

CHARLES DUNN, CHRISTOPHER MERCER, and MERIDIAN DEVELOPMENT GROUP, LLC,

    Defendants.

No. C 22-04651 WHA

**ORDER TO SHOW CAUSE**

An initial case management conference was scheduled for "5/11/2023 11:00 AM in San Francisco, Courtroom 12, 19th Floor" as of February 21, 2023 (Dkt. No. 22). That same docket notice stated that a joint case management statement was due by May 4, 2023. No case management statement has been filed. On May 8, 2023, court staff emailed plaintiff to reiterate a docket notice issued that day changing the time of the case management conference on May 11, 2023, from 11:00 A.M. to 1:30 P.M. (Dkt. No. 23). The email also explicitly advised that the conference would be in person.

At the scheduled time for today's initial case management conference, this action was called first. No party was present. After ninety minutes of proceedings in a different action, this action was called again. Still, no party was present. As such, plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff shall submit a declaration explaining his failure to appear by **JUNE 1, 2023**. An **IN PERSON**

hearing regarding plaintiff's response to this order will be held at **11:00 A.M.** on **JULY 13, 2023**, in Courtroom 12, which is on the 19th Floor of the Phillip Burton Federal Building located at 450 Golden Gate Avenue in **SAN FRANCISCO, CALIFORNIA**.

**IT IS SO ORDERED.**

Dated: May 11, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE