United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    CARL A. WESCOTT,                                    Case No. 22-cv-04651-WHA

8                    Plaintiff,

9            v.                                          **CLERK'S NOTICE CHANGING TIME
                                                         OF HEARING**

10   CHARLES DUNN, et al.,

11                   Defendants.

12

13        YOU ARE NOTIFIED THAT the Show Cause hearing previously set for July 13, 2023 at

14   11:00 A.M. has been rescheduled for **July 13, 2023 at 1:30 P.M.**, before the Honorable William

15   Alsup.

16        Please report to Courtroom 12, on the 19th Floor, Phillip Burton Federal Building, 450

17   Golden Gate Avenue, San Francisco, CA  94102.

18   Dated:  July 7, 2023

19                                                      Mark B. Busby
                                                       Clerk, United States District Court

20

21

22                                                      By: _____
                                                       Angella Meuleman, Deputy Clerk to the
                                                       Honorable WILLIAM ALSUP

23

24

25

26

27

28